IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**BARBARA ARNETT,**

       **Plaintiff,**

**v.**  //  **CIVIL ACTION NO. 1:06CV151**
                  (Judge Keeley)

**THE UNITED STATES LIFE**
**INSURANCE COMPANY IN THE**
**CITY OF NEW YORK,**

       **Defendant;**

## ORDER FOLLOWING JULY 26, 2007 STATUS CONFERENCES

For the reasons stated on the record of the July 26, 2007 status conference, the Court **ORDERS** the parties in the above-styled case to file a notice of the appropriate standard of review on or before August 6, 2007.  If there is no dispute, the Court will thereafter set a dispositive motion briefing schedule on the substantive issues in this case.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: July 31, 2007.

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE