FILED
AUG 3 2007
U.S. DISTRICT COURT
...BURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

BARBARA ARNETT,

    Plaintiff,

v. // CIVIL ACTION NO. 1:06CV151
    (Judge Keeley)

THE UNITED STATES LIFE
INSURANCE COMPANY IN THE
CITY OF NEW YORK,

    Defendant;

## ORDER EXTENDING FILING DEADLINE

For reasons appearing to the Court, it extends the filing deadline set forth in its July 31, 2007 Order and **ORDERS** the parties to file a notice of the appropriate standard of review on or before August 20, 2007. If there is no dispute, the Court will thereafter set a dispositive motion briefing schedule on the substantive issues in this case.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: August 3, 2007.

                        /s/ Irene M. Keeley
                        IRENE M. KEELEY
                        UNITED STATES DISTRICT JUDGE