```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**BARBARA ARNETT,**

      **Plaintiff,**

**v.**                            //    **CIVIL ACTION NO. 1:06CV151**
                                         **(Judge Keeley)**

**THE UNITED STATES LIFE**
**INSURANCE COMPANY IN THE**
**CITY OF NEW YORK,**

      **Defendant;**

## ORDER SETTING BRIEFING SCHEDULE

On November 16, 2007, the Court received an agreed proposed briefing schedule for dispositive motions in this case. Consequently, the Court **ORDERS** the following briefing schedule:

1) The Plaintiff shall file her Motion for Summary Judgment **no later than January 18, 2008;**

2) the Defendant shall file its Motion for Summary Judgment **no later than February 18, 2008;** and

3) the Plaintiff shall file her rebuttal **no later than March 4, 2008.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: November 19, 2007.

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE